IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 6:22-CR-60007-001 |
| | ) |
| v. | ) |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| AARON INMAN | ) 18 U.S.C. § 924(a)(2) |

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 20 2022

By JAMIE GIANI, Clerk
Deputy Clerk

### INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about April 21, 2021, in the Western District of Arkansas, Hot Springs Division, the Defendant, **AARON INMAN,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically a SCCY Industries, Model CPX-2, 9 mm caliber semi-automatic handgun, serial number C010484, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

/s/Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: _____
David A. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2003104
414 Parker Avenue
Fort Smith, AR  72901